EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>María J. Busó Aboy | 2012 TSPR 36<br><br>184 DPR ____ |

Número del Caso: TS-9508


Fecha: 29 de febrero de 2012



 Abogada de la Parte Peticionaria:

          Lcdo. Víctor Rivera González




Materia: Reinstalación al ejercicio de la abogacía



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re  María J. Busó Aboy*                    TS-9508

RESOLUCIÓN

San Juan, Puerto Rico, a 29 de febrero de 2012

Examinada la *Solicitud de Reinstalación* presentada por la parte peticionaria de epígrafe, se ordena la reinstalación de María Busó Aboy al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Presidente señor Hernández Denton inhibido.  Los Jueces Asociados señor Kolthoff Caraballo y señor Estrella Martínez no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo